IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-23-94-D |
| ) | |
| DONALD EUGENE COOKS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court has received two *pro se* filings by Defendant Donald Eugene Cooks: (1) a "Motion to Remove Counsel for Constitutionally Ineffectiveness" [Doc. No. 73]; and (2) a "Motion to Suppress the Evidence" [Doc. No. 76]. Defense counsel has moved to withdraw and strike both filings [Doc. No. 79].

Defendant has legal representation through an experienced, court-appointed defense attorney. Because Defendant is represented by counsel, the Court finds no need for Defendant personally to make written submissions. A defendant has no right to hybrid representation in which he both represents himself and is represented by counsel. *See United States v. Hill*, 526 F.2d 1019, 1025 (10th Cir. 1975) ("The Sixth Amendment does not give any indication that hybrid representation is a right of constitutional dimensions."); *see also United States v. Chavis*, 461 F.3d 1201, 1205-06 (10th Cir. 2006) (citing *Hill* for the proposition that there is no Constitutional or statutory right of hybrid representation); *United States v. McKinley*, 58 F.3d 1475, 1480 (10th Cir. 1995) ("[I]t is certainly true that there is no constitutional right to a hybrid form of representation . . . .").

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion to Withdraw and Strike Unauthorized Pro Se Filings [Doc. No. 79] is **GRANTED IN PART** and **DENIED IN PART**. Defendant's *pro se* "Motion to Suppress the Evidence" [Doc. No. 76] is hereby **STRICKEN** from the record and will not be considered. The Court will, however, consider Defendant's other pending *pro se* motion—his "Motion to Remove Counsel for Constitutionally Ineffectiveness" [Doc. No. 73]—in conjunction with defense counsel's recently filed Third Motion for Leave to Withdraw as Counsel [Doc. No. 80].

**IT IS SO ORDERED** this 11th day of October, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge