IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CR-23-94-D |
| DONALD EUGENE COOKS, | ) ) ) |
| Defendant. | ) |

## **ORDER**

The Court has received two *pro se* filings by Defendant Donald Eugene Cooks: (1) a motion to dismiss [Doc. No. 86]; and (2) a motion to suppress [Doc. No. 99].

Defendant has legal representation through an experienced, court-appointed defense attorney.[1] Because Defendant is represented by counsel, the Court finds no need for Defendant personally to make written submissions. A defendant has no right to hybrid representation in which he both represents himself and is represented by counsel. *See United States v. Hill*, 526 F.2d 1019, 1025 (10th Cir. 1975); *see also United States v. Chavis*, 461 F.3d 1201, 1205-06 (10th Cir. 2006); *United States v. McKinley*, 58 F.3d 1475, 1480 (10th Cir. 1995). Although a trial court has discretion to permit such representation in a particular case, the Court declines to exercise such discretion here.

---

[1] Defendant's first *pro se* motion [Doc. No. 86] was filed on October 19, 2023. On October 13, 2023, the Court granted previously appointed counsel's Third Motion for Leave to Withdraw as Counsel [Doc. No. 85]. However, Defendant's first motion is dated October 10, 2023, meaning Defendant was still represented by counsel when he drafted the first *pro se* motion and mailed it for filing. Presumably due to logistical constraints, the Clerk of Court did not receive the motion—and, thus, did not file the motion—until October 19, 2023 [Doc. No. 86-1]. Defendant is currently represented by newly-appointed counsel. *See* Order Appointing Counsel [Doc. No. 89].

**IT IS THEREFORE ORDERED** that Defendant's *pro se* filings [Doc. Nos. 86, 99] are hereby **STRICKEN** from the record and will not be considered.

**IT IS SO ORDERED** this 9th day of January, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge